UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN A. WARD, SR. and
PAMELA WARD, individually
and as Administrators of the
Estate of Kevin A. Ward, Jr.,
deceased,

                Plaintiffs,

     -v-                                  7:15-CV-1023

ANTHONY WAYNE STEWART,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

    The attorneys have completely missed the point.

    The purpose of the hearing is not to approve the settlement or to reveal any confidential information.

    In view of the history of the case, it is to determine on the record if a binding, signed settlement agreement, general release, and stipulation of dismissal have been made.

    If so, the Clerk of the Court will be ordered to issue a Judgment of Dismissal with prejudice, the jury trial scheduled for May 7, 2018 in Utica, New York, will be canceled, and the case closed. If not, the jury trial will proceed as scheduled.

    The late request to vacate or continue the in-person settlement hearing is DENIED. As previously ordered, the plaintiffs, Kevin A. Ward, Sr. and Pamela Ward, and the defendant, Anthony Wayne Stewart, are directed to appear in court with counsel on Thursday, April 12, 2018, at 2:00 p.m. in Utica, New York.

IT IS SO ORDERED.

Dated: April 11, 2018
       Utica, New York.

                                       United States District Judge